# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILON FERNANDEZ, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO:_____ |
| | ) |
| US SECURITY ASSOCIATES, INC., | ) |
| | ) |
|        Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, Defendant, U.S. Security Associates, Inc. ("Defendant"), by counsel, files this notice to remove to this Court an action pending against it in the 11th Judicial Circuit In & For Miami-Dade, Florida (the "State Court"). The removal is based on the following grounds:

1. On January 26, 2017, Plaintiff Ilon Fernandez ("Plaintiff") filed a Complaint ("Complaint") against Defendant in the State Court. That action bears the same title as above and is docketed in the State Court as Case No. 2017-002061-CA-01 (the "State Court Action").

2. On February 7, 2017, a copy of the Summons and Complaint was served on Defendant by a process server.

3. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint, Summons, and state court Civil Cover Sheet are attached hereto as Exhibits 1 through 3, respectively. To Defendant's knowledge there are no other process, pleadings, or papers filed or served in the State Court Action to date.

4. This Notice of Removal is timely filed within thirty (30) days after Defendant received service of the Complaint, pursuant to 28 U.S.C. § 1446(b).

1

5.      The State Court Action contains multiple claims, including a claim by Plaintiff under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* ("FLSA").  Thus, this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331.  The State Court Action is removable to this Court pursuant to 28 U.S.C § 1441(a).  The remaining claim is a state law claim that is removable pursuant to 28 U.S.C § 1441(c).

6.      Defendant will promptly file a copy of this Notice of Removal with the State Court, in accordance with 28 U.S.C. § 1446(d).

7.      Defendant will promptly provide written notice to Plaintiff of the filing of this Notice of Removal, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant hereby removes this action from the State Court to the United States District Court for the Southern District of Florida.

Respectfully submitted,

GRAY ROBINSON, P.A.

*/s/Amy L. Garrard*
Amy L. Garrard (Florida Bar No. 0908711)
GrayRobinson, P.A.
8889 Pelican Bay Blvd., Ste. 400
Naples, FL 34108
Telephone:  (239) 598-3601
Facsimile:  (239) 598-3164 (fax)
Email:  Amy.Garrard@gray-robinson.com

Of counsel (pro hac vice admission to be sought)
Edward E. Hollis (IN Bar No. 19402-49)
Samantha R. Chapman (IN Bar No. 32540-49)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46240
Phone:  (317) 237-0300
Fax:  (317) 237-1000
E-mail:  edward.hollis@faegrebd.com
       samantha.chapman@faegrebd.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, a copy of the foregoing *Notice of Removal* was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the CM/ECF system.

Lawrence J. McGuinness
McGUINNESS & GONZALEZ, P.A.
3126 Center St.
Coconut Grove, FL 33133
*ljmpalaw@netzero.com*
*scheduling_ljmpa@comcast.net*

*/s/ Amy L. Garrard*

3